**SO ORDERED**
/s/ Charles A. Shaw
2/7/2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(EASTERN DIVISION)

| | |
|---|---|
| BRENDA STEINHAUER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12-CV-2087SPM |
| DR. GUISEPPE ALIPERTI and MIDWEST THERAPEUTIC ENDOSCOPY CONSULTANTS, LLC, | ) |
| Defendants. | ) |

### STIPULATION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, BRENDA STEINHAUER, by her attorneys, STRELLIS & FIELD, CHARTERED, and defendants, DR. GUISEPPE ALIPERTI and MIDWEST THERAPEUTIC ENDOSCOPY CONSULTANTS, LLC, by their attorneys, THE BALDWIN LAW GROUP, and for their Stipulation for Voluntary Dismissal hereby stipulate that pursuant to F.R.C.P. 41 (a)(1)(ii), the Defendants, DR. GUISEPPE ALIPERTI and MIDWEST THERAPEUTIC ENDOSCOPY CONSULTANTS, LLC, be voluntarily dismissed without prejudice and each party shall bear their own costs.

STRELLIS & FIELD, CHARTERED

BY:   /s/Jack A. Strellis
        JACK A. STRELLIS   #114710
        115 East Mill Street
        Waterloo, IL  62298
        (618) 939-3404
        *ATTORNEYS FOR PLAINTIFF*

THE BALDWIN LAW GROUP

BY    /s/ Brent W. Baldwin
        Brent W. Baldwin    #28391MO
        100 North Broadway – Suite 1580
        St. Louis, MO  63102
        (314) 720-6190
        *ATTORNEYS FOR DEFENDANTS*